IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL of CARPENTERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ICONIC FINISHES, LLC <br><br> Defendant. | Case No. 19 CV 8195 <br><br> Magistrate Judge Cox |

## JUDGMENT ORDER

This matter coming before the court, due notice having been given, the Parties being in agreement, and the Court having jurisdiction;

IT IS HEREBY ORDERED:

That a final judgment is entered in favor of the Plaintiffs and against the Defendant, Iconic Finishes LLC, in the sum of **$119,688.56**. Further, execution of this Order is stayed until October 15, 2020.

The form and substance of this Order is agreed to by:

/s/ Daniel P. McAnally
Daniel P. McAnally
McGann, Ketterman & Rioux
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 251-9700
Attorney for Plaintiffs


Michael Wright, Managing Member
Iconic Finishes, LLC
1463 S. Bell School Road
Rockford, Illinois 61108

/s/ Megan M. Moore
Megan M. Moore
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
(312) 675-4325
Attorney for Defendant

ENTERED:

SUSAN E. COX
UNITED STATES MAGISTRATE JUDGE

DATED: 8/5/2020